FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 27  AM 11: 40

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 10-20680 RKM |
| | ) | Chapter 7 |
| NATHAN JOHN BACKUS | ) | |
| | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On September 22, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437661681.

3

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 4 |
| Claimant: | American Infosource LP As Agent for T-Mobile/T-Mobile USA, Inc. PO Box 248848 Oklahoma City, OK 73124-8848 |
| Claim Amount: | $66.55 |
| Distribution: | $3.27 |

5. A check in the amount of $3.27 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: ___9-23-2010___

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the _24th_ day of _September_ , 2010:

AMERICAN INFOSOURCE LP AS AGENT FOR
T-MOBILE/T-MOBILE USA, INC.
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

_Melanie Valderama_